UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 23-8528-KK** | Date: | January 17, 2025 |
|---|---|---|---|

| Title: | *In Re Edgar Augusto Meinhardt Iturbe* |
|---|---|

Present: The Honorable    KENLY KIYA KATO, UNITED STATES DISTRICT JUDGE

| Noe Ponce | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**    **(In Chambers) Order DISMISSING 2:23-CV-08528-KK**

On October 10, 2023, pro se debtor and plaintiff Edgar Augusto Meinhardt Iturbe ("Plaintiff") filed a Motion for Withdrawal Reference to the Bankruptcy Court of Adversary Proceeding No. 9:23-AP-01013-RC ("Motion"). ECF Docket No. ("Dkt.") 1. Plaintiff noted in his Motion that the "Adversary Proceeding is pending before the Bankruptcy Court" along with a Motion for Remand, a Motion for Retaining Jurisdiction, and a Case Status Hearing. Id. at 2.

On November 9, 2023, the Bankruptcy Court granted defendant's Motion to Remand and dismissed the Adversary Proceeding. 9-23-BK-10022-RC, dkt. 46. On November 20, 2023, Plaintiff appealed the Bankruptcy Court's November 9, 2023 Order to this Court in the action 2:23-CV-09857-KK. 2:23-CV-09857-KK, dkt. 1. On January 7, 2025, the Court affirmed the Bankruptcy Court's November 9, 2023 Order dismissing the Adversary Proceeding No. 9:23-AP-1013-RC. 2:23-CV-09857-KK, dkt. 43.

Accordingly, the Motion in this matter is **MOOT,** and the action is **DISMISSED with prejudice**.

**IT IS SO ORDERED.** (JS-6)